UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-20413-CIV-COOKE/WHITE

ROODY LAGUERRE,

    *Movant*,

v.

UNITED STATED OF AMERICA,

    *Respondent*.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before me on Judge's White's Report and Recommendation [D.E. 38] and Movant Roody Laguerre's Objection to the Report [D.E. 39]. I have conducted a *de novo* review of the record, which included, *inter alia*: 1) Movant's 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence [D.E. 1], including several supplements and amendments thereto [D.E. 12 ], 2) Affidavits filed by Movant [D.E. 9; 13; 14], 3) Respondent's response to the Motion [D.E. 16], 4) Movant's reply to the response [D.E. 17], 5) the transcript of the evidentiary hearing held on January 7, 2010 [D.E. 40], 6) Judge White's Report and Recommendation [D.E. 38], and 7) Movant's Objection to the Report [D.E. 39]. I agree with Judge White's Report and Recommendation.

Accordingly, I hereby **ORDER AND ADJUDGE** that United States Magistrate Judge Patrick A. White's Report and Recommendation [D.E. 39] is **AFFIRMED AND ADOPTED** as follows:

    1. Movant's Motion to vacate, set aside, or correct sentence is **DENIED**.

2. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida this 28th day of May 2010.

_____
MARCIA G. COOKE
United States District Judge

*Copies furnished to:*
*The Honorable Patrick A. White*
*All Counsel of Record*